

DAVID L FLORES
ATTORNEY AT LAW

TONY TORRES
ATTORNEY AT LAW

**FLORES & TORRES**
L.L.P.

April 1, 2014

**VIA FACSIMILE: (956) 383-3585**
Preston Henrichson
**LAW OFFICES OF PRESTON HENRICHSON**
222 West Cano
Edinburg, Texas 78539

RE: 7:14-CV-00067; PLAINTIFFS', SANTOS RODRIGUEZ, JR., MARIA DE JESUS OLVERA, JESSICA MUNOZ, & JESUS ANDRES MUNOZ V. GUADALUPE "LUPE" TREVIÑO, SHERIFF OF HIDALGO COUNTY, TEXAS, HIDALGO COUNTY, TEXAS AND CITY OF MISSION, TEXAS

Dear Mr. Henrichson:

This confirms our agreement to extend the deadline to respond to your Motion to dismiss through Thursday, April 17, 2014, on my client's behalf.

If this accurately reflects our agreement, please sign this letter and return to me via facsimile. If the above does **not** correctly reflect our agreement, or should you have any questions concerning this agreement, please contact me at (956) 287-9191.

Thank you for your professional courtesies in this matter. I look forward to working with you and resolving this matter amicably.

Sincerely,

FLORES & TORRES, L.L.P.

David L. Flores

AGREED TO AND APPROVED:

Preston Henrichson

www.floresandtorresllp.com

118 E Cano St. Edinburg, TX 78539