IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| SANTOS RODRIGUEZ, JR., MARIA DE JESUS OLVERA, JESSICA MUNOZ, AND JESUS ANDRES MUNOZ,<br>　　　Plaintiffs<br><br>V.<br><br>GUADALUPE "LUPE" TREVIÑO, SHERIFF OF HIDALGO COUNTY, TEXAS,  HIDALGO COUNTY, TEXAS, JONATHAN CHRISTOPHER TREVINO, GERARDO MENDOZA DURAN, MARTIN GARZA, CHIEF OF POLICE, MISSION, TEXAS, AND CITY OF MISSION, TEXAS, and other unknown persons,<br>　　　Defendants | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. M-14-cv-00067 |

## DEFENDANT HIDALGO COUNTY'S NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND THE HIDALGO COUNTY PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

　　Plaintiffs SANTOS RODRIGUEZ, JR., MARIA DE JESUS OLVERA, INDIVIDUALLY AND AS NEXT FRIEND OF JESUS ANDRES MUNOZ, A MINOR, AND JESSICA MUNOZ and Defendant HIDALGO COUNTY have entered into a Rule 29 agreement to settle all of Plaintiffs' claims and possible claims, known or unknown, against the HIDALGO COUNTY PARTIES in the above case. The parties are in the process of preparing the appropriate settlement documents and will provide the Court with an agreed motion to dismiss upon completion of the settlement obligations.

Respectfully submitted,

*/s/ Preston Henrichson*

---

**PRESTON HENRICHSON**
Texas Bar No. 09477000
Federal I.D. # 1922
LAW OFFICES OF PRESTON HENRICHSON, P.C.
Edinburg, TX 78539
Telephone:     (956) 383-3535
Facsimile:     (956) 383-3585
E-mail: eservices@henrichsonlaw.com
ATTORNEY IN CHARGE FOR HIDALGO COUNTY
AND GUADALUPE "LUPE" TREVIÑO, SHERIFF
OF HIDALGO COUNTY, TEXAS

**MARISSA CARRANZA HERNANDEZ**
Texas Bar No. 24038802
Federal I.D. # 561308
MACH ATTORNEY AT LAW
205 East Mahl
Edinburg, TX 78539
Telephone:  (956) 386-9733
Facsimile: (956) 386-9882
OF COUNSEL FOR HIDALGO COUNTY
AND GUADALUPE "LUPE" TREVIÑO, SHERIFF
OF HIDALGO COUNTY, TEXAS

## CERTIFICATE OF SERVICE

This is to certify that on this the 6th day of May, 2014, a true and correct copy of the above and foregoing was forwarded via Certified Mail, Return Receipt Requested, via first class mail, or via e-mail through the Electronic Case Filing System, to all counsel of record.

*/s/ Preston Henrichson*

For the Firm

David L. Flores
Eduardo A. Torres
FLORES & TORRES, L.L.P.
118 East Cano Street
Edinburg, TX 78539

Eileen M. Leeds
GUERRA, LEEDS, SABO, AND HERNANDEZ, PLLC
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520