IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SANTOS RODRIGUEZ, JR., <br> MARIA DE JESUS OLVERA, <br> JESSICA MUNOZ, AND <br> JESUS ANDRES MUNOZ <br> *Plaintiffs,* <br><br> V. <br><br> GUADALUPE "LUPE" TREVIÑO, <br> SHEFIFF OF HIDALGO COUNTY, TEXAS, <br> HIDALGO COUNTY, TEXAS AND CITY <br> OF MISSION, TEXAS <br> *Defendants.* | § § § § § § § § § § § § § § CIVIL ACTION NO. 7:14-CV-67 |

**PLAINTIFFS', SANTOS RODRIGUEZ, JR., MARIA DE JESUS OLVERA, JESSICA MUNOZ, AND JESUS ANDRES MUNOZ INITIAL DISCLOSURE**

COMES NOW Plaintiffs', **SANTOS RODRIGUEZ, JR., MARIA DE JESUS OLVERA, JESSICA MUNOZ, AND JESUS ANDRES MUNOZ,** and files these initial disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

A.  Individuals likely to have discoverable information

Maria De Jesus Olvera, Plaintiff

Jessica Munoz, Plaintiff

Jesus Andres Munoz, Plaintiff

Plaintiffs' Attorneys of Record
David L. Flores
Tony Torres
**Flores & Torres, L.L.C.**
118 E. Cano
Edinburg, Texas 78539

County of Hidalgo, Defendant
2818 South Business Highway 281
Edinburg, Texas 78539

Sheriff Guadalupe "Lupe" Trevino, Defendant
711 El Cibolo Road
Edinburg, Texas 78541

1

Hidalgo County Sheriff's Office, Defendant
711 El Cibolo Road
Edinburg, Texas 78541

Preston Henrichson
**Law offices of Preston Henrichson, P.C.**
Edinburg, Texas 78539
Marissa Carranza Hernandez
MACH Attorney at Law
205 E. Mahl
Edinburg, Texas 78539
Attorneys for Hidalgo County Sheriff's Office, Sheriff Guadalupe "Lupe" Trevino, and County of Hidalgo, Texas.

Chief of Police, Martin Garza, Defendant
City of Mission
1200 E. 8th Street
Mission, Texas 78572

Eileen M. Leeds
Jose Luis Caso
**Guerra, Leeds, Sabo & Hernandez, P.L.L.C.**
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
Attorneys for Defendants, City of Mission, Texas and Martin Garza, Chief of Police

Officer, Jonathan Christopher Trevino
City of Mission Police Department
1200 E. 8th Street
Mission, Texas 78572

Deputy Gerardo Mendoza Duran
Hidalgo County Sheriff's Department
711 El Cibolo Road
Edinburg, Texas 78541
5508 Belize Lane
Las Milpas, Texas 78577

C.   **Description of documents relevant to disputed facts**

Any and all incident/investigative reports and/or files made by Defendants' pertaining to Plaintiffs' and others investigated/arrested by the Panama Unit. Documents pertaining to the policies and procedures prepared by or on behalf of Defendants'. Other records pertaining to investigation practices of defendants'. Correspondence between defendants'.

D.   **Computation of Damages**

Plaintiffs' will supplement

**E.     Insurance agreement**

None

**F.     Disclosure of experts**

With respect to testifying expert witnesses, Plaintiff has none at this time.

Plaintiff is making their initial disclosures based on the information reasonably available to them at this point in time, in accordance with Rule 26(a) (1). As additional information becomes available to Plaintiff this disclosures will be supplemented in accordance with the Federal Rules of Civil Procedure.

SIGNED on this 23rd day of May, 2014.

Respectfully submitted,

**LAW OFFICE OF FLORES & TORRES**
118 East Cano Street
Edinburg, Texas 78539
(956) 287-9191
(956) 287-9190 (fax)

By: /s/ DAVID L. FLORES
David L. Flores
State Bar No.: 24040909
USDC No. 5041
Eduardo A. Torres
State Bar No. 24051438
USDC No. 665023

Attorney for Plaintiffs'

## CERTIFICATE OF SERVICE

     I hereby certify that on the _____ day of May, 2014, a true and correct copy of the foregoing instrument has been served on counsel of record listed as listed below:

**VIA FACSIMILE: (956) 541-1893**
Eileen M. Leeds
Jose Luis Caso
**Guerra, Leeds, Sabo & Hernandez, P.L.L.C.**
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
Phone: (956) 541-1846
Attorneys for Defendants, City of Mission, Texas and Martin Garza, Chief of Police

**VIA FACSIMILE: (956) 383-3585**
Preston Henrichson
**Law offices of Preston Henrichson, P.C.**
Edinburg, Texas 78539
Marissa Carranza Hernandez
MACH Attorney at Law
205 E. Mahl
Edinburg, Texas 78539

                        By: /s/David L. Flores