UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SANTOS RODRIGUEZ, JR., *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:14-CV-67 |
| | § | |
| GUADALUPE TREVINO, *et al*, | § § | |
| Defendants. | § | |

## ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST HIDALGO COUNTY DEFENDANTS WITH PREJUDICE

On this day, came on to be considered the Unopposed Motion to Dismiss with Prejudice the causes of action of Plaintiffs SANTOS RODRIGUEZ, JR., MARIA DE JESUS OLVERA, JESSICA MUNOZ, AND MARIA DE JESUS OLVERA AS NEXT FRIEND OF J.A.M., A MINOR against Defendants GUADALUPE "LUPE" TREVIÑO, SHERIFF OF HIDALGO COUNTY, TEXAS, HIDALGO COUNTY, TEXAS, GERARDO MENDOZA DURAN, and all unknown, unnamed and unidentified employees, and former employees of Hidalgo County and any employee of Hidalgo County who was present at the time of the incidents made the basis of the above entitled and numbered cause ("Hidalgo County Defendants"). (Dkt. No. 30). The Court, having considered said motion, finds it should be GRANTED.

**IT IS, THEREFORE, ORDERED** that the action of Plaintiffs SANTOS RODRIGUEZ, JR., MARIA DE JESUS OLVERA, JESSICA MUNOZ, AND MARIA DE JESUS OLVERA AS NEXT FRIEND OF J.A.M., A MINOR **against the Hidalgo County Defendants** is hereby **DISMISSED** with prejudice and costs of court are assessed against the party incurring same.

SO ORDERED this 18th day of September, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge